IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 08-cv-02450-LTB-MJW

MARGARETTA ROMERO,

Plaintiff(s),

v.

I. C. SYSTEM, INC.,

Defendant(s).

MINUTE ORDER

    It is hereby ORDERED that the parties' Stipulated Motion to Vacate and Reset Settlement Conference [Docket No. **14,** Filed March 16, 2009] is GRANTED. The settlement conference set March 17, 2009 at 3:00 p.m. is vacated and **reset** to **MARCH 18, 2009 at 3:00 p.m.** Courtroom A502, Fifth floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado.

Date: March 16, 2009