**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.  08-cv-02450-LTB-MJW

MARGERETTA ROMERO,

        Plaintiff,

v.

I.C. SYSTEM, INC., a Minnesota corporation,

        Defendant.

_____

**ORDER OF DISMISSAL**
_____

THIS MATTER having come before the Court on the Stipulation of Dismissal With Prejudice (Doc 19 - filed June 15, 2009), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

                                              BY THE COURT:

                                               s/Lewis T. Babcock
                                              Lewis T. Babcock, Judge

DATED:   June 16, 2009